1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATTI YATES-STARNS,

Defendant.

Case No. CR11-183RSL

ORDER DENYING DEFENDANT
PATTI YATES-STARNS'S
EMERGENCY MOTION FOR
MODIFICATION OF DEFENDANT
LARSELL HOLLINGSWORTH'S
CONDITIONS OF SUPERVISED
RELEASE AND GRANTING
DEFENDANT'S REQUEST FOR
HEARING

This matter comes before the Court on defendant Patti Yates-Starns's emergency motion

for modification of the conditions of supervised release applicable to co-defendant Larsell

Hollingsworth and request for a hearing. Dkt. # 435. Having reviewed Ms. Yates-Starns's

motion and the remainder of the record, the Court denies the emergency motion for modification

of Mr. Hollingsworth's conditions and grants Ms. Yates-Starns's request for a hearing.

Ms. Yates-Starns and Mr. Hollingsworth were both recently released from custody and

are both on federal supervised release. Since December 2016, Ms. Yates-Starns has resided at

YWCA Passage Point, a supportive residential community with 46 units and programming to

help residents transition to permanent housing. Recently, Ms. Yates-Starns learned that Mr.

Hollingsworth had applied to live at Passage Point. For various reasons, including the fact that

ORDER DENYING EMERGENCY MOTION
AND GRANTING REQUEST FOR HEARING - 1

Ms. Yates-Starns testified against Mr. Hollingsworth at his trial, Ms. Yates-Starns is afraid of Mr. Hollingsworth and asks the Court for an order preventing him from moving into Passage Point. Ms. Yates-Starns also requests a hearing on her motion, and an emergency order maintaining the status quo (that is, preventing Mr. Hollingsworth from moving into Passage Point) until that hearing has occurred. A meeting is scheduled at Passage Point between Ms. Yates-Starns, Mr. Hollingsworth, their probation officers, and Passage Point staff to discuss this matter. Mr. Hollingsworth is now represented and has been notified of Ms. Yates-Starns's motion. Through counsel, Mr. Hollingsworth intends to respond to Ms. Yates-Starns's motion.

This Court has authority under 18 U.S.C. § 3563(b)(13) to order, as a condition of a defendant's probation, that the defendant "refrain from residing in a specified place or area." The Court may modify the terms of a defendant's supervised release to include this condition after considering the factors set forth in 18 U.S.C. § 3553. See 18 U.S.C. § 3583(e)(2). The Court concludes that a proper weighing of the Section 3553 factors as to Mr. Hollingsworth's conditions of release necessitates a hearing at which both Ms. Yates-Starns and Mr. Hollingsworth can be heard on the matter.

Accordingly, the Court GRANTS Ms. Yates-Starns's request for a hearing on her motion for an order modifying Mr. Hollingsworth's conditions of release. The hearing is hereby set for Thursday, May 11, 2017 at 9:30 a.m. in courtroom 15106. Mr. Hollingsworth may file a response to Ms. Yates-Starns's motion by Monday, May 8, 2017, and Ms. Yates-Starns may filed a reply by Wednesday, May 10, 2017. The Court DENIES Ms. Yates-Starns's motion for an emergency motion maintaining the status quo in the interim.

DATED this 3rd day of May, 2017.

Robert S. Lasnik
United States District Judge

ORDER DENYING EMERGENCY MOTION
AND GRANTING REQUEST FOR HEARING - 2